Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: Laura.Krank@rksslaw.com

Attorneys for Plaintiff
Terrie Jo Flores

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRIE JO FLORES,<br><br>            Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>            Defendant. | ) Case No.: 1:18-cv-01523-SKO<br>)<br>) STIPULATION AND ORDER FOR THE<br>) AWARD AND PAYMENT OF ATTORNEY<br>) FEES AND EXPENSES PURSUANT TO<br>) THE EQUAL ACCESS TO JUSTICE ACT,<br>) 28 U.S.C. § 2412(d) AND COSTS<br>) PURSUANT TO 28 U.S.C. § 1920<br>)<br>) (Doc. 16)<br>) |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE

DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned

counsel, subject to the approval of the Court, that Terrie Jo Flores be awarded attorney fees in

the amount of FIVE THOUSAND FOUR HUNDRED, FIFTEEN dollars and FOURTY-FIVE

cents ($5,415.45) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This

amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel

in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Terrie Jo Flores, the government will consider the matter of Terrie Jo Flores's assignment of EAJA fees to Laura E. Krank. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Terrie Jo Flores, but if the Department of the Treasury determines that Terrie Jo Flores does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Rohlfing & Kalagian, LLP, pursuant to the assignment executed by Terrie Jo Flores.[1] Any payments made shall be delivered to Laura E. Krank.

This stipulation constitutes a compromise settlement of Terrie Jo Flores's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Terrie Jo Flores and/or Laura E. Krank including Law Offices of Rohlfing & Kalagian, LLP may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Laura E. Krank and/or the Law Offices of Rohlfing & Kalagian, LLP to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

IT IS SO ORDERED.

Dated:  __March 10, 2020__          _____ /s/ *Sheila K. Oberto* _____
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

DATE: March 9, 2020            Respectfully submitted,

                               ROHLFING & KALAGIAN, LLP

                               /s/ *Laura E. Krank*
                          BY:_____
                          Laura E. Krank
                          Attorney for plaintiff Terrie Jo Flores

DATED: March 9, 2020           McGREGOR W. SCOTT
                               United States Attorney


                               /s/ *Margaret I. Branick-Abilla*
                          _____
                          MARGARET I. BRANICK-ABILLA
                          Special Assistant United States Attorney
                          Attorneys for Defendant
                          ANDREW SAUL, Commissioner of Social Security (Per e-mail authorization)

                               **ORDER**

     Based upon the parties' above "Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)" (the "Stipulation") (Doc. 16), attorney's fees in the amount of FIVE THOUSAND FOUR HUNDRED, FIFTEEN dollars and FOURTY-FIVE cents ($5,415.45) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), shall be awarded, subject to the terms of the Stipulation.